KATHRYN B. HAYS, Respondent, *v.* EDWARD P. SMITH et al., Defendants, and NELLIE M. ANDERSON, Appellant.

Submitted April 17, 1946; decided April 18, 1946.

*Edward F. O'Connor* for motion.
*Kenneth S. MacAffer* opposed.

Motion dismissed on the ground that none of the orders sought to be appealed from finally determines any matter within the meaning of the Constitution.